IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-cv-03633-SKC

CYNTHIA NICOLE MCWRIGHT, a natural person.

     Plaintiff,

v.

ADAMS 12 FIVE-STAR SCHOOL DISTRICT,

     Defendants.

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

Plaintiff, Cynthia Nicole McWright, by and through her attorneys, Dietze and Davis, P.C., submits this Notice of Voluntary Dismissal with Prejudice:

### Certificate of Conferral

Plaintiff's counsel conferred with defense counsel about this Motion.  Defendant does not oppose the relief requested herein.

### Notice

1. Plaintiff filed her Complaint and Jury Demand in the United States District Court for the District of Colorado on December 11, 2020. Defendant Adams Five-Star School District has not yet been served in this case.

2. Plaintiff now wishes to dismiss this action with prejudice.

3. Pursuant to F.R.C.P. 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

4.   To date, Plaintiff has not served Defendant with the Complaint and Defendant has not filed an answer or motion for summary judgment in this matter.   Dismissal under F.R.C.P. (a)(1)(A) is therefore appropriate.

Respectfully Submitted this 8th day of January, 2021.

By: *s/ Jennifer L. Lorenz*
Jennifer L. Lorenz, #38549
Dietze and Davis, P.C.
2060 Broadway, Suite 400
Boulder, CO  80302
Telephone:  303-447-1375

*Attorneys for Plaintiff*

<u>CERTIFICATE OF MAILING</u>

I hereby certify that a copy of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was mailed to counsel for Defendant on this 8th day of January, 2021 by U.S. Mail, first-class postage prepaid to the following:

Mary B. Gray
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO  80203

*c/ Cecil A. Kennedy*
Paralegal